UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| TERRY HINES, | ) |
| *Plaintiff*, | ) ) Case No. 1:19-cv-11 |
| v. | ) ) Judge Mattice |
| PILGRIMS PRIDE, | ) ) Magistrate Judge Steger |
| *Defendant*. | ) ) |

# ORDER

On February 15, 2019, United States Magistrate Judge Christopher H. Steger filed his Report and Recommendation, [Doc. 7], pursuant to 28 U.S.C. § 636. Magistrate Judge Steger recommended that Plaintiff's Complaint be **DISMISSED** without prejudice for his failure to allege that he has exhausted his administrative as required under Title VII and for his failure to plead the requisite amount in controversy required for diversity jurisdiction for his state law claim. Plaintiff has not filed an objection to the Magistrate Judge's Report and Recommendation.[1] Nevertheless, the Court has conducted a review of the Report and Recommendation, as well as the record, and it agrees with Magistrate Judge Steger's well-reasoned conclusions.

Accordingly,

- The Court hereby **ACCEPTS** and **ADOPTS** Magistrate Judge Steger's findings of fact, conclusions of law, and recommendations, [Doc. 7], pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b);

- Pursuant to 28 U.S.C. § 1915(e)(2), Plaintiff's Complaint [Doc. 1] is hereby **DISMISSED** without prejudice; AND

- Plaintiff's Motion to proceed *in forma pauperis* is **DENIED** as moot.

---

[1] Magistrate Judge Steger specifically advised Plaintiff he had 14 days in which to object to the Report and Recommendation and that failure to do so would waive his right to appeal. [Doc. 4 at 4 n.3]; *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings"). Even taking into account the three additional days for service provided by Fed. R. Civ. P. 6(d), the period in which Plaintiff could timely file any objections has now expired.

**SO ORDERED** this 11th day of March, 2018.

                                                    */s/ Harry S. Mattice, Jr.*
                                             HARRY S. MATTICE, JR.
                                    UNITED STATES DISTRICT JUDGE